Interim Decision #1604

MATTER OF WATSON

In Section 248 Proceedings

A-14789392

*Decided by Regional Commissioner June 14, 1966*

A temporary visitor's application for change of nonimmigrant classification to student pursuant to section 248 of the Immigration and Nationality Act is denied for failure to establish he would be able to support himself during the period of his stay in the United States while pursuing a full course of study, and his appeal from such denial decision is dismissed and request for oral argument thereon denied in the absence of any specified reasons for the appeal (8 CFR 103.3(b)).

This case has come before us on appeal from the decision of the District Director who denied an application for change of nonimmigrant status from visitor to student under section 248 of the Immigration and Nationality Act.

The District Director denied this application on May 16, 1966 finding that the applicant would not be able to support himself during the period of stay in the United States while pursuing a full course of study. A review of the record reveals that the District Director's reasons for denying this application were valid and his decision was proper.

Counsel for the applicant has submitted a timely appeal from the District Director's decision and has requested oral argument. A brief was not filed with the appeal and no reasons for the appeal were given in the Notice of Appeal to the Regional Commissioner. 8 CFR 103.3(b) provides that the officer to whom an appeal is taken may deny oral argument and dismiss any appeal when the party concerned fails to specify the reasons for his appeal. It should be noted that this statement is contained in the instructions which appear on Form I-290B, Notice of Appeal to the Regional Commissioner which was submitted by the attorney.

Under the provisions of 8 CFR 103.3(b) the request for oral argument will be denied and the appeal dismissed in the absence of any stated reasons for the appeal.

*It is ordered* that the request for oral argument be denied and the appeal be and hereby is dismissed.